UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION and THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE CORPORATION,<br><br>Plaintiffs,<br><br>-against-<br><br>CAPITAL ONE, N.A., as successor by merger to CHEVY CHASE, F.S.B.,<br><br>Defendant. | **No.** 12-cv-7937<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and the supporting Declaration of Cameron S. Matheson, with exhibits, and all proceedings had herein, the defendant Capital One, N.A., will move this Court, before the Honorable Miriam Goldman Cedarbaum, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, New York 10007, for an Order dismissing the Complaint filed in this matter pursuant to Federal Rule of Civil Procedure 12(b)(6).

Pursuant to Rule 3.C of this Court's Individual Practices, Defendant Capital One respectfully requests that the return date of this motion be set for Thursday, March 7, 2013, at 10:00 a.m.

Dated: February 6, 2013
Glen Allen, Virginia

                                        Respectfully submitted,

                    /s/ <u>Cameron S. Matheson</u>
                       Cameron S. Matheson

                       James A. Murphy
                       Murphy & McGonigle, PC
                       4870 Sadler Road, Suite 301
                       Glen Allen, Virginia 23060
                       (804) 762-5320

                       James K. Goldfarb
                       Soren E. Packer
                       Murphy & McGonigle, PC
                       60 East 42nd Street, Suite 5230
                       New York, New York 10165
                       (212) 880-3961

                       *Attorneys for Defendant Capital One, N.A.*