UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMBAC ASSURANCE CORPORATION and THE SEGREGATED ACCOUNT OF AMBAC ASSURANCE CORPORATION,<br><br>    Plaintiffs,<br><br>    -against-<br><br>CAPITAL ONE, N.A., as successor by merger to CHEVY CHASE, F.S.B.,<br><br>    Defendant. | **No.** 12-cv-7937<br><br>**DECLARATION OF<br>CAMERON S. MATHESON** |

I, CAMERON S. MATHESON, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a shareholder in the law firm Murphy & McGonigle, PC, counsel for the defendant Capital One, N.A., ("Capital One").

2.     I submit this Declaration in support of Capital One's contemporaneously filed motion to dismiss the complaint in this matter.

3.     Attached to this Declaration as Exhibit A are true and correct copies of the relevant excerpts of the Pooling and Servicing Agreement pertaining to the "Chevy Chase Funding LLC Mortgage-Backed Certificates, Series, Series 2007-1."

4.     Attached to this Declaration as Exhibit B are true and correct copies of the relevant excerpts of the Insurance and Indemnity Agreement pertaining to the "Chevy Chase Funding LLC Mortgage-Backed Certificates, Series, Series 2007-1"

5.     Attached to this Declaration as Exhibit C are true and correct copies of the relevant excerpts of the March 24, 2010 "Order for Temporary Injunctive Relief" issued by the Circuit Court for Dane County, Wisconsin.

I further declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Dated: February 6, 2013

Glen Allen, Virginia

                                              /s/ <u>Cameron S. Matheson</u>
                                                  Cameron S. Matheson