# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

April 7, 2014

Henry J. Ricardo
Partner
(212) 336-2340
Direct Fax: (212) 336-1239
hjricardo@pbwt.com

**BY HAND and ECF**

The Honorable Miriam Goldman Cedarbaum
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

        Re:    *Ambac Assurance Corp. v. Capital One, NA.*, No. 12-cv-7937

Dear Judge Cedarbaum:

    As requested, we write to advise the Court of our estimate of the length of trial. Plaintiffs Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation (collectively, "Ambac") estimate that the trial will take three weeks.

    The parties agree that the best point of comparison is the trial in *Assured v. Flagstar*, which took twelve days. *See* 920 F. Supp. 2d 475, 478 (S.D.N.Y. 2013). In making comparisons to *Flagstar*, it is important to recognize that Judge Rakoff relied on statistical evidence to determine what percentage of the loans in an entire loan pool breached contractual warranties. This pool-wide approach, which Ambac favors, dramatically streamlined the trial because it eliminated the need for a separate determination as to each loan, which would have taken many additional weeks. If the Court follows the *Flagstar* approach, this trial would take slightly longer because it would require the presentation of pool-wide statistical analyses for six transactions, as opposed to the two deals at issue in *Flagstar*.

                                          Respectfully submitted,

                                          Henry J. Ricardo

cc:    Cameron S. Matheson
        Murphy & McGonigle
        4870 Sadler Rd., Suite 301
        Glen Allen, Virginia 23060