Presta, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMBAC ASSURANCE CORPORATION and
THE SEGREGATED ACCOUNT OF AMBAC
ASSURANCE CORPORATION,

                Plaintiffs,

         - against -

CAPITAL ONE, N.A., as successor by merger to
CHEVY CHASE BANK, F.S.B.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-14

No. 12 Civ. 7937 (MGC)

STIPULATION AND
[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that this case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

6991711v.1


Case 1:12-cv-07937-LAP   Document 30   Filed 06/16/14   Page 2 of 3

Agreed to this 5th of June, 2014:

| PATTERSON BELKNAP WEBB & TYLER LLP | MURPHY & McGONIGLE, P.C. |
|---|---|

*[signature]*

Peter W. Tomlinson
(pwtomlinson@pbwt.com)
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000

*Attorneys for Plaintiffs Ambac Assurance Corporation and the Segregated Account of Ambac Assurance Corporation*

Of Counsel:

FOLEY & LARDNER LLP
Jeffrey A. Simmons* (jsimmons@foley.com)
150 East Gilman Street
Verex Plaza
Madison, Wisconsin 53703-1481
Telephone: (608) 257-5035

*Admitted *pro hac vice*

*Attorneys for Plaintiff Segregated Account of Ambac Assurance Corporation*

James K. Goldfarb
(jgoldfarb@mmlawus.com)
60 East 42nd Street, Suite 5230
New York, New York 10165
Telephone: (212) 880-3961

James A. Murphy
(jmurphy@mmlawus.com)
4870 Sadler Road, Suite 301
Glen Allen, Virginia 23060
Telephone: (804) 762-5320

*Attorneys for Defendant Capital One, N.A.*


6991711V.1

Agreed to this 5th of June, 2014:

PATTERSON BELKNAP WEBB & TYLER LLP           MURPHY & McGONIGLE, P.C.

_/s/ James A. Murphy (CSM)_
_____                  _____
Peter W. Tomlinson                           James K. Goldfarb
(pwtomlinson@pbwt.com)                       (jgoldfarb@mmlawus.com)
1133 Avenue of the Americas                  60 East 42nd Street, Suite 5230
New York, New York 10036-6710                New York, New York 10165
Telephone: (212) 336-2000                    Telephone: (212) 880-3961

*Attorneys for Plaintiffs Ambac Assurance*   James A. Murphy
*Corporation and the Segregated Account of*  (jmurphy@mmlawus.com)
*Ambac Assurance Corporation*                4870 Sadler Road, Suite 301
                                             Glen Allen, Virginia 23060
Of Counsel:                                  Telephone: (804) 762-5320

FOLEY & LARDNER LLP                          *Attorneys for Defendant Capital One, N.A.*
Jeffrey A. Simmons* (jsimmons@foley.com)
150 East Gilman Street
Verex Plaza
Madison, Wisconsin 53703-1481
Telephone: (608) 257-5035

*Admitted *pro hac vice*

*Attorneys for Plaintiff Segregated Account of*
*Ambac Assurance Corporation*

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

June 15, 2014

So ordered
Loretta A. Preska
USDJ

6991711V.1